UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Farmers Insurance Company of Washington, as subrogee for Joshua and Leslie Paine,<br><br>　　　　　Plaintiffs,<br><br>　-vs-<br><br>LASKO PRODUCTS, INC., a foreign corporation,<br><br>　　　　　Defendant. | NO. CV-11-0132-LRS<br><br>ORDER OF DISMISSAL |

　　Pursuant to the stipulation of the parties (ECF No. 13) filed December 12, 2011, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

　　The District Court Executive is directed to file this Order, provide copies to counsel, enter judgment, and **CLOSE THE FILE**.

　　**DATED** this 13th day of December, 2011.


　　　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1