AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Farmers Insurance Company of Washington, as subrogee
for Joshua and Leslie Paine,

                                        Plaintiffs,

                 v.

LASCO PRODUCTS, INC., a foreign corporation,

                                        Defendant.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-0132-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the above-entitled cause of action is dismissed with prejudice without an award of attorney's fees or costs to any party.

December 13, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pam Howard
*(By) Deputy Clerk*
Pam Howard